**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**TONIA ADAMS**                                                                                   **PLAINTIFF**

**VS.**                         **CIVIL ACTION NO. 3:21-cv-00208-DMB-RP**

**WALMART, INC. AND JOHN DOE**                                    **DEFENDANTS**

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

COMES NOW the Plaintiff, Tonia Adams, and pursuant to *Federal Rule of Civil Procedure* 41 (a) (1) (A) (i), dismisses her claims in this case without prejudice. Counsel for the Defendant Walmart, Inc. stipulates to the dismissal.

THIS, the 22nd day of December, 2021.

Respectfully submitted,

s/*S. Ray Hill, III*
S. RAY HILL, III, MSB #100088
rhill@claytonodonnell.com
CLAYTON O'DONNELL, PLLC
1005 JACKSON AVENUE
P.O. DRAWER 676
OXFORD, MS 38655

Stipulated and Agreed:

s/*J. Caroline Johnson*
J. Caroline Johnson, Esq.
*Attorney for Defendant Walmart, Inc.*